UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Dixon,

Plaintiff,

v.

EquiCredit Corporation and
Bank of America, suing as
Bank of America Illinois TR,

Defendants.

Civil File No. 01-1091 (PAM/RLE)

**ORDER**

---

This matter is before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees on appeal. Plaintiff is pro se and seeks to appeal this Court's Order of June 3, 2002, granting Defendants' Motion for Summary Judgment and awarding Defendants $500.00 in sanctions.

Under 28 U.S.C. § 1915, the Court may authorize a plaintiff to take an appeal without prepaying the appellate filing fee. The Court must determine whether Plaintiff is, indeed, indigent and whether his appeal is taken in good faith. See 28 U.S.C. §§ 1915(a)(1) and (a)(3). Plaintiff avers that he receives income from renting part of his home out and from social security for his disability. He further claims to have no assets in the bank, but he states that he owns his home and perhaps his car.[1] Plaintiff fails, however, to follow the

[1] He has written something on his Application to Proceed Without Prepayment of Fees and Affidavit about owning automobile, but the Court is unable to decipher exactly what he says.

FILED JUL 0 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

instructions on the Application to Proceed Without Prepayment of Fees and Affidavit. Question 3 instructs the applicant to "describe each source of [income] and state the amount received and what you expect you will continue to receive on number 7 of this form." Plaintiff merely names the sources of his income, but he does not provide the Court with the amount that he receives from these sources nor does he list what he expects to continue to receive from these sources. Similarly, Question 5 on the Application instructs the applicant to "describe [any property owned by the applicant] and state its value." Plaintiff does not state the value of his house or car. Accordingly, it is impossible for the Court to determine whether Plaintiff is indigent.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed Without Prepayment of Fees on Appeal (Clerk Doc. No. 73) is **DENIED without prejudice**.

Dated: July 3, 2002

Paul A. Magnuson
United States District Court Judge