UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1091(DSD/SRN)

Joseph Dixon, Pro Se,

Plaintiff,

v.

Equi Credit Corporation and
Bank of America,

Defendants.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the 440 Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: June 15, 2001

David S. Doty, Judge
U.S. District Court

5

FILED 6-18-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials

Date: June 19, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-01091 Dixon v. Equi Credit Corp

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Judge David S. Doty) Case reassigned to Chief Judge Paul A. Magnuson per the 440 civil rights list. Case number remains the same except for initials (01-1091 PAM/SRN). Case number with

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL