**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Joseph Dixon,**

**Plaintiff,**

**v.**

**Equi Credit Corporation and Bank of America, suing as Bank of America Illinois TR,**

**Defendants.**

**Civil No. 01-1091 (PAM/SRN)**

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

TO: Plaintiff Joseph Dixon, Pro Se, 1710 Fremont Avenue North, Minneapolis, MN 55411;

Defendants above named and to Thomas E. Harms, Esq, and Jeffrey W. Post, Esq., Moss & Barnett, 90 South 7th Street, Suite 4800, Minneapolis, MN 55402; and Lawrence P. Zielke, Esq., Shapiro & Nordmeyer, 7300 Metro Boulevard, Suite 390, Edina, MN 55439, attorneys for Defendants.

## I. DATE, TIME, PLACE AND PARTICIPANTS

The pretrial conference in the above matter previously scheduled for September 11, 2001, will now be held **VIA TELEPHONE** on **September 28, 2001, at 10:30 a.m.,** before United States Magistrate Judge Susan Richard Nelson. Attorney Jeffrey Post is directed to initiate this telephonic conference by calling Plaintiff Joseph Dixon at 612-529-3475, Attorney Lawrence Zielke at 952-831-4060, and Magistrate Judge Susan Richard Nelson at 651-848-1200. The required Rule 26(f) report has been submitted to the Court.

Filed SEP 12 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Dated: September 12, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500