# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-2631

| | | |
|---|---|---|
| Joseph Dixon, | * | |
| Appellant, | * | Appeal from the United States District Court for the District of Minnesota. |
| v. | * | 01-1091 PAM/SRN |
| EquiCredit Corporation; Bank of America, suing as Bank of America Illinois TR, | * | |
| Appellees. | * | |

**JUDGMENT**

Appellant Dixon has failed to pay the docket fee as per the court's order entered April 3, 2003. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C. Mandate shall issue forthwith.

April 25, 2003

Order Entered at the Direction of the Court

Clerk, U.S. Court of Appeals, Eighth Circuit

Michael E. Gans

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED APR 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK