01-1091 PAM

# UN. ED STATES COURT OF AP. ALS

## FOR THE EIGHTH CIRCUIT

No. 02-2631

| | | |
|---|---|---|
| Joseph Dixon,<br>Appellant,<br>v.<br>EquiCredit Corporation; Bank of America, suing as Bank of America Illinois TR,<br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota. |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

December 8, 2003

Order Entered in Accordance with Opinion:

Clerk, U.S. Court of Appeals, Eighth Circuit.

Michael E. Gans

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans