1777194

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 1, 2004

FILED

JUN 07 2004

MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Joseph Dixon
v. EquiCredit Corporation, et al.
No. 03-9858
(Your No. 02-2631)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED

JUN 7 2004

U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED

JUN 18 2004

U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: June 15, 2004

RE: 02-2631 Joseph Dixon vs. EquiCredit Corp.

Supreme Court No. 03-9858
District Court/Agency Case Number(s): CIV 01-1091 PAM/SRN

RECEIVED
BY U.S. MAIL
2004 JUN 17 AM 9:2?
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
mer